UNITED STATES of America, Plaintiff,

v.

Abelardo VILLAREAL, Defendant.

No. CR 93–286–JO.
Civ. No. 94–1540–JO.

United States District Court,
D. Oregon.

Jan. 27, 1995.

## ORDER

ROBERT E. JONES, District Judge:

The court has received defendant's motion to vacate the sentence with supporting memorandum.

The defendant's motion is denied. This court has recently ruled that a federal criminal conviction that precedes a judgment of forfeiture is not subject to challenge on double jeopardy grounds. *See United States v. Martin Hobart Stanwood,* 872 F.Supp. 791 (D.Or.1994) (copy attached). In this case, defendant entered a guilty plea to the criminal charges on April 13, 1994. His interest in the seized property was terminated by a judgment of forfeiture dated July 8, 1994.

Under these circumstances, the criminal conviction does not constitute double jeopardy.

IT IS SO ORDERED.